UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-01840-SSC                    Date: April 16, 2026

Title   Francisco Ferrer Granados v. Warden et al


Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge


         Teagan Snyder                              n/a
         Deputy Clerk                       Court Reporter / Recorder

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:
         None Present                            None Present


**Proceedings:   (IN CHAMBERS) Order Denying Petitioner's Motion for a Temporary Restraining Order (ECF 6)**


      Today, April 15, 2026, Petitioner Francisco Ferrer Granados filed a petition for writ of habeas corpus by a person in federal custody pursuant to 28 U.S.C. § 2241, seeking a bond hearing or, alternatively, release from custody unless Petitioner is provided with a bond hearing within seven days from the issuance of a writ.  (ECF 1.)  Along with the petition, Petitioner filed a motion for a temporary restraining order (TRO).  (ECF 6.)

      Also today, the Clerk issued a notice of General Order 26-05, which sets the governing briefing schedule in this case.  (ECF 5.)  The briefing schedule requires Respondents to file an answer to the petition no later than seven days from issuance of the notice.  (*Id.* at 2.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:26-cv-01840-SSC                          Date: April 16, 2026

Title         Francisco Ferrer Granados v. Warden et al

The Court denies Petitioner's motion for a TRO because the briefing schedule on Petitioner's underlying habeas petition has been expedited such that Petitioner cannot show irreparable harm warranting a TRO during the pendency of his habeas proceedings.  *See Granny Goose Foods, Inc. v. Bhd. of Teamsters*, 415 U.S. 423, 439 (1974) (the underlying purpose of a TRO is "preserving the status quo and preventing irreparable harm just so long as is necessary to hold a hearing.")  Accordingly, Petitioner's motion for a TRO (ECF 6) is DENIED.

**IT IS SO ORDERED.**

                                                                                :
                                                   Initials of Preparer        **ts**