UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO FERRER GRANADOS,<br><br>                          Petitioner,<br><br>              v.<br><br>WARDEN, et al.,<br><br>                          Respondents. | Case No. 5:26-cv-01840-SSC<br><br>JUDGMENT |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1.     The petition is granted;

2.     Respondents are enjoined from continuing to detain Petitioner unless no later than **May 14, 2026**, he is provided with a bond hearing at which the government must bear the burden of showing by clear and convincing evidence that Petitioner poses a flight risk or danger to the public, and the immigration judge must exercise discretion to make an individualized determination whether Petitioner should be detained pending removal proceeding, applying all relevant *Matter of Guerra* factors and considering alternative conditions of release and Petitioner's financial circumstances when setting a bond amount; and

3.    The Clerk of Court is directed to close this case.

DATED: May 7, 2026

---

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

2